1  Alan Adelman, CA Bar No. 170860
   alan@alanadelmanlaw.com
2  LAW OFFICES OF ALAN ADELMAN
   240 Stockton Street, 9th Floor
3  San Francisco, CA 94108
   Telephone:    415.956.1360
4  Facsimile:    415.625.1339

5
   Attorney for Plaintiff
6  LLOYD ROBINSON

7  Michael J. Sexton, CA Bar No. 153435
   mike.sexton@ogletreedeakins.com
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   695 Town Center Drive, Suite 1500
9  Costa Mesa, CA 92626
   Telephone:    714.800.7900
10 Facsimile:    714.754.1298

11
   Kevin D. Reese, CA Bar No. 172992
12 kevin.reese@ogletreedeakins.com
   Jill V. Cartwright, CA Bar No. 260519
13 jill.cartwright@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
14 Steuart Tower, Suite 1300
   One Market Plaza
15 San Francisco, CA 94105
   Telephone:    415.442.4810
16 Facsimile:    415.442.4870

17
   Attorneys for Defendant
18 HOME DEPOT U.S.A., INC.

19
                    **UNITED STATES DISTRICT COURT**
20
                    **NORTHERN DISTRICT OF CALIFORNIA**
21
                    **SAN FRANCISCO DIVISION**
22

| | |
|---|---|
| 23  LLOYD ROBINSON, | Case No. 3:12-cv-06433-NC |
| 24              Plaintiff, | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)** |
| 25      v. | |
| 26  HOME DEPOT U.S.A., INC. | Complaint Filed: December 19, 2012 |
| 27              Defendant. | Trial Date:     April 7, 2014 |

28

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

DATED: July 23, 2013                    LAW OFFICE OF ALAN ADELMAN

                                        By:    /s/ Alan Adelman
                                               ALAN ADELMAN

                                        Attorney For Plaintiff
                                        LLOYD ROBINSON

DATED: July 23, 2013                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                        By:    /s/ Jill Cartwright
                                               MICHAEL J. SEXTON
                                               KEVIN D. REESE
                                               JILL V. CARTWRIGHT

                                        Attorneys for Defendant
                                        HOME DEPOT U.S.A., INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 23, 2013                    By:    /s/ Jill Cartwright
                                               Jill V. Cartwright

**ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   July 23, 2013

IT IS SO ORDERED

Judge Nathanael M. Cousins