1 | Alan Adelman, CA Bar No. 170860
2 | alan@alanadelmanlaw.com
  | LAW OFFICES OF ALAN ADELMAN
3 | 240 Stockton Street, 9th Floor
  | San Francisco, CA 94108
4 | Telephone:    415.956.1360
  | Facsimile:    415.625.1339
5 |
  | Attorney for Plaintiff
6 | LLOYD ROBINSON

7 | Michael J. Sexton, CA Bar No. 153435
  | mike.sexton@ogletreedeakins.com
8 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
  | 695 Town Center Drive, Suite 1500
9 | Costa Mesa, CA 92626
  | Telephone:    714.800.7900
10| Facsimile:    714.754.1298

11|
  | Kevin D. Reese, CA Bar No. 172992
12| kevin.reese@ogletreedeakins.com
  | Jill V. Cartwright, CA Bar No. 260519
13| jill.cartwright@ogletreedeakins.com
  | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
14| Steuart Tower, Suite 1300
  | One Market Plaza
15| San Francisco, CA 94105
  | Telephone:    415.442.4810
16| Facsimile:    415.442.4870

17|
  | Attorneys for Defendant
18| HOME DEPOT U.S.A., INC.

19|
  |                    UNITED STATES DISTRICT COURT
20|
  |                   NORTHERN DISTRICT OF CALIFORNIA
21|
  |                       SAN FRANCISCO DIVISION
22|

23| LLOYD ROBINSON                          | Case No. 3:12-cv-06433-NC
24|         Plaintiff,                      | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)**
25|     v.
26| HOME DEPOT U.S.A., INC.                 | Complaint Filed: December 19, 2012
27|         Defendant.                      | Trial Date:      April 7, 2014
28|

Case No. 3:12-cv-06433-NC
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

DATED: July 23, 2013                     LAW OFFICE OF ALAN ADELMAN

                                         By:     /s/ Alan Adelman
                                                 ALAN ADELMAN

                                         Attorney For Plaintiff
                                         LLOYD ROBINSON

DATED: July 23, 2013                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                         By:     /s/ Jill Cartwright
                                                 MICHAEL J. SEXTON
                                                 KEVIN D. REESE
                                                 JILL V. CARTWRIGHT

                                         Attorneys for Defendant
                                         HOME DEPOT U.S.A., INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 23, 2013                     By:    /s/ Jill Cartwright
                                                Jill V. Cartwright

**ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    July 23, 2013

